# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Mary Ellen Baldwin**

Debtor

Case No.    __09-11923__

Chapter    __7__

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 432,500.00 | | |
| B - Personal Property | Yes | 4 | 9,152.03 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 882,471.62 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 51,014.82 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 397,050.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,757.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 10,167.04 |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 441,652.03 | | |
| Total Liabilities | | | | 1,330,536.74 | |

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Mary Ellen Baldwin**
Debtor

Case No. **09-11923**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **Mary Ellen Baldwin**                  Case No.    **09-11923**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **162218012901** <br><br> **American General Finance** <br> **P.O. Box 742536** <br> **Cincinnati, OH 45274-2536** | | - | **2000 28' Pontoon boat** <br><br><br> Value $      **1,500.00** | | | | **970.00** | **0.00** |
| Account No. <br><br> **Representing:** <br> **American General Finance** | | | **American Gen. Financial Svcs.** <br> **P.O. Box 571** <br> **Louisa, VA 23093** <br><br> Value $ | | | | | |
| Account No. **6899 1013 775899** <br><br> **Bank of America** <br> **P.O. Box 536214** <br> **Atlanta, GA 30353** | | - | **Home Equity Line of Credit** <br><br> **Location: 13403 Yardley Lane, Woodbridge VA** <br><br> Value $      **226,700.00** | | | | **124,391.00** | **124,391.00** |
| Account No. **6899 1013 775801** <br><br> **Bank of America** <br> **P.O. Box 536214** <br> **Atlanta, GA 30353** | | - | **Third Mortgage** <br><br> **Location: 13403 Yardley Lane, Woodbridge VA** <br><br> Value $      **226,700.00** | | | | **119,972.71** | **119,972.71** |

    **3**     continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **245,333.71** | **244,363.71** |

In re **Mary Ellen Baldwin**                                                          , Case No. **09-11923**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Representing:** <br> **Bank of America** | | | Bank of America <br> P.O. Box 22021 <br> NC4-105-03-14 <br> Greensboro, NC 27420 <br><br> Value $ | | | | | |
| Account No. **9000435687** <br><br> **EverHome Mortgage** <br> **P.O. Box 530580** <br> **Atlanta, GA 30353** | | - | Second Mortgage <br><br> Location: 13403 Yardley Lane, Woodbridge VA <br><br> Value $ **226,700.00** | | | | 29,764.59 | 29,764.59 |
| Account No. <br><br> **Representing:** <br> **EverHome Mortgage** | | | EverHome Mortgage <br> 8201 Cypress Plaza Dr. <br> Jacksonville, FL 32256 <br><br> Value $ | | | | | |
| Account No. **34431995** <br><br> **Ford Credit** <br> **P.O. Box 94380** <br> **Palatine, IL 60094-4380** | X | - | Car loan <br><br> 2002 Ford F350 Truck (owned by business) <br><br> Value $ **4,250.00** | | | | 1,893.04 | 0.00 |
| Account No. <br><br> **Representing:** <br> **Ford Credit** | | | Nat'l. Bankruptcy Srvc. Ctr. <br> P.O. Box 537901 <br> Livonia, MI 48153-7901 <br><br> Value $ | | | | | |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 31,657.63 | 29,764.59 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Mary Ellen Baldwin** _____ ,    Case No.    **09-11923** _____

                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **36786716** | | | | Car loan | | | | | |
| **Ford Credit** P.O. Box 94380 Palatine, IL 60094-4380 | X | - | | **2004 Ford F650 Dump Truck (owned by business)** | | | | | |
| | | | | Value $      **10,000.00** | | | | **14,706.15** | **4,706.15** |
| Account No. | | | | **Nat'l. Bankruptcy Srvc. Ctr.** P.O. Box 537901 Livonia, MI 48153-7901 | | | | | |
| **Representing: Ford Credit** | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. **0359277254** | | | | First Mortgage | | | | | |
| **GMAC** P.O. Box 780 3451 Hammond Ave Waterloo, IA 50704 | | - | | **13402 Trethaway, Woodbridge, VA (rental property)** | | | | | |
| | | | | Value $      **190,800.00** | | | | **254,871.00** | **64,071.00** |
| Account No. **3000941298** | | | | First Mortgage | | | | | |
| **Indymac Bank** P.O. Box 78826 Phoenix, AZ 85062 | | - | | **Location: 13403 Yardley Lane, Woodbridge VA** | | | | | |
| | | | | Value $      **226,700.00** | | | | **228,120.53** | **1,420.53** |
| Account No. | | | | **Shapiro & Burson, LLP** 13135 Lee Jackson Hwy, #201 Fairfax, VA 22033 | | | | | |
| **Representing: Indymac Bank** | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  **2**   of  **3**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      **497,697.68**      **70,197.68**

In re **Mary Ellen Baldwin** , Case No. **09-11923**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **Representing: Indymac Bank** | | | | | Triad Guaranty Ins. Co. 101 So. Stratford Rd. Winston Salem, NC 27104 Value $ | | | | | |
| Account No. **0039029319** Ocwen Loan Servicing P.O. Box 785056 Orlando, FL 32878 | - | | | | 13402 Trethaway, Woodbridge, VA (rental property) Value $ 190,800.00 | | | | 107,782.60 | 107,782.60 |
| Account No. **Representing: Ocwen Loan Servicing** | | | | | Dominion Law Assoc. 222 Central Park Ave. Virginia Beach, VA 23462-3026 Value $ | | | | | |
| Account No. | | | | | Value $ | | | | | |
| Account No. | | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| Sheet **3** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (Total of this page) | 107,782.60 | 107,782.60 |
| | Total (Report on Summary of Schedules) | 882,471.62 | 452,108.58 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Mary Ellen Baldwin**                   Case No.   **09-11923**

                                    Debtor(s)         Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**American General Finance** | **Describe Property Securing Debt:**<br>**2000 28' Pontoon boat** |
|---|---|

Property will be (check one):
- ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other. Explain  **Debtor will pay off balance by 4/30/09**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt            ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Bank of America** | **Describe Property Securing Debt:**<br>**Location: 13403 Yardley Lane, Woodbridge VA** |
|---|---|

Property will be (check one):
- ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other. Explain  **Debtor is renegotating the terms of the loan**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt            ■ Not claimed as exempt

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America** | **Describe Property Securing Debt:**<br>**Location: 13403 Yardley Lane, Woodbridge VA** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain __Subject to renegotiation of loan__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**EverHome Mortgage** | **Describe Property Securing Debt:**<br>**Location: 13403 Yardley Lane, Woodbridge VA** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain __Debtor is renegotiating the terms of the loan__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Indymac Bank** | **Describe Property Securing Debt:**<br>**Location: 13403 Yardley Lane, Woodbridge VA** |

Property will be (check one):
    ☐   Surrendered         ■   Retained

If retaining the property, I intend to (check at least one):
    ☐   Redeem the property
    ☐   Reaffirm the debt
    ■   Other.  Explain **_Debtor is renegotiating the terms of the loan_**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐   Claimed as Exempt                     ■   Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐   YES        ☐   NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **April 22, 2009**            Signature    **/s/ Mary Ellen Baldwin**
                                                 **Mary Ellen Baldwin**
                                                 Debtor

# United States Bankruptcy Court
## Eastern District of Virginia

In re    __Mary Ellen Baldwin__                                    Case No.   __09-11923__

                                         Debtor(s)              Chapter    __7__

## AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date   __April 22, 2009__                    Signature    __/s/ Mary Ellen Baldwin__
                                                              __Mary Ellen Baldwin__
                                                              Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy